UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under BKY 08-45257** |
| Petters Company, Inc., et al., | BKY 08-45257 |
| Debtors. | |
| (includes | Court File Nos.: |
| Petters Group Worldwide, LLC; | 08-45258 |
| PC Funding, LLC; | 08-45326 |
| Thousand Lakes, LLC; | 08-45327 |
| SPF Funding, LLC; | 08-45328 |
| PL Ltd., Inc.; | 08-45329 |
| Edge One LLC; | 08-45330 |
| MGC Finance, Inc.; | 08-45331 |
| PAC Funding, LLC; | 08-45371 |
| Palm Beach Finance Holdings, Inc.) | 08-45392 |
| | Chapter 11 Cases |
| | Judge Kathleen H. Sanberg |
| Douglas A. Kelley, in his capacity as the PCI Liquidating Trustee for the PCI Liquidating Trust, | ADV 10-4223 |
| Plaintiff, | |
| v. | <u>ORDER TRANSFERRING PROCEEDING TO DISTRICT COURT</u> |
| Dean Dovolis, | |
| Defendant. | |

At Minneapolis, Minnesota, February 28, 2019.

This proceeding was before the court for a status conference on February 27, 2019. Since it appears that the defendant has timely demanded a jury trial and it further appearing that the defendant is entitled to a jury trial and has not consented to a bankruptcy judge conducting a jury trial;

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/28/2019*
Lori Vosejpka, Clerk, by LH

IT IS ORDERED: This adversary proceeding is transferred to the district court.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE